# LINCOLN DODGE

618 George Washington Hwy.
Lincoln, Rhode Island 02865
TEL. (401) 334-6001
FAX (401) 334-9515
smithfield-dodge.com

Dodge

**MOTOR VEHICLE CASH PURCHASE AGREEMENT**

20995

DATE 8/14/04 ORDER No. STOCK No. 9347 SALES REPRESENTATIVE

PURCHASER'S NAME(S): Edward Pendergrass
ADDRESS: 28 A Main St
CITY: Coventry STATE: RI ZIP CODE: 02864
TELEPHONE NUMBERS: HOME (401) 728-3365 BUSINESS

QUANTITY: one — NEW ☐ USED ☒ FORMER USE (If applicable) — DEMONSTRATOR ☐ (FORMER LEASED CAR) ☐ — POLICE CAR ☐ TAXICAB ☐ — FORMER DAILY RENTAL ☐

| Year | Make | Model | Body Type | Model No. | Odometer | Cyl. | Pass. | Doors |
|---|---|---|---|---|---|---|---|---|
| 02 | Dodge | Durango | SUV | SLT | 23,581 (SEE ATTACHED ODOMETER STATEMENT) | 8 | 7 | 4 |

Vehicle Identification No.: 1B4HS48N02F465?? — Color 1st / 2nd Beige / 3rd — Interior 1st / 2nd Gray / 3rd — Top — Expected Delivery Date

**TRADE-IN** Year 94 Make Chevy Model — Color — V.I.N. 2G1LD2?????? — Odometer 59,321 (Mi. / Km.)

I CERTIFY THIS ODOMETER READING TO BE CORRECT
X [signature] SIGNATURE

Transmission ☐ Standard (Speeds) ☒ Auto — No. of Cyl. 6 — Pass. 5 — Doors 4 — Title No. — State

**REGISTRATION AND TITLE INFORMATION**
DATE OF BIRTH: 12 27 61 (MO DAY YEAR) — OPERATOR'S LICENSE NO.: 9661699
SOC. SEC. NO. 036 46 361
CITY/TOWN WHERE VEHICLE GARAGED
IS OWNER'S PRIVILEGE TO REGISTER OR OPERATE A VEHICLE SUSPENDED IN ANY STATE OR JURISDICTION? ☐ NO ☐ YES
TRANSFER PLATES / REGISTRATION NO.

**LIENHOLDER**
Address
City/State/Zip
Acct. No. — Check No.
Balance Due $

Additional Information-Vehicle Purchased

**LIENHOLDER**
Address
City/State/Zip

**INSURANCE CO.** ☐ Yes ☐ No ☐ Coll. ☐ Liab.
Agent/Branch: Metro ???
Address/City

NOTE: CUSTOMER IS RESPONSIBLE FOR APPLYING HIS INSURANCE TO VEHICLE WITH TEMPORARY PLATES. VEHICLES WITH TEMPORARY PLATES ARE NOT COVERED BY DEALER'S INSURANCE.

Price of Unit $22,900

Additional Equipment/Items

[redacted]

IF THIS CONTRACT IS FOR A USED VEHICLE, THE INFORMATION YOU SEE ON THE (FEDERAL TRADE COMMISSION) WINDOW FORM IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

**THIS VEHICLE MAY HAVE BEEN A FORMER DAILY RENTAL/LEASE CAR WITH MILEAGE OF** 23,581

[signature]
CUSTOMER SIGNATURE

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER.

Purchaser's Initials

**TERMS OF WARRANTY**

☒ MANUFACTURER'S WARRANTY (See Other Side For Details)

☐ OTHER WARRANTY

☐ NO WARRANTY

THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE.
Purchaser's Initials

| | | |
|---|---|---|
| 1. Total Price | | $22,900.00 |
| 2. Trade-In Over-Allowance | $1,500 | |
| 3. Trade-In Allowance | $4,000 | |
| 4. Trade Difference (lines 1 - lines 2 & 3) | | $ |
| 5. Documentary Preparation (itemize) | | $ 20.00 |
| 6. Other | | $ |
| 7. TOTAL CONTRACT PRICE (total of lines 4, 5 & 6) | | $17,420.00 |
| 8. Balance Due on Trade-In | | $ |
| 9. Total lines 7 and 8 | | $ |
| 10. Deposit | $ | |
| 11. Rebate(s) | $ | |
| | $ | |
| 12. Amount to be Financed | $17,420 | |
| 13. Cash due on Delivery | $ | |
| 14. TOTAL PAYMENT (total of lines 10, 11, and 13) (line 14 must equal line 9) | | |

**ATTENTION PURCHASER:**
RHODE ISLAND LAW REQUIRES THAT ALL MOTOR VEHICLES SOLD AT RETAIL MUST BE IN SUCH CONDITION AS TO PASS A STATE SAFETY INSPECTION AT THE TIME OF SALE SO AS TO PROTECT CONSUMER.

THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE.

X [signature] PURCHASER'S SIGNATURE — CO-PURCHASER'S SIGNATURE

X AUTHORIZED DEALER REPRESENTATIVE

EXHIBIT 1

## ADDITIONAL PROVISIONS

1) TRADE-IN:

If the vehicle to be traded in is not to be delivered to Dealer until Purchaser takes delivery of the vehicle purchased, it is agreed and understood that the trade-in may, at Dealer's option, be reappraised at such time and, in accordance with and subject to limitations imposed by applicable law and regulation, the cash difference to be paid by Purchaser on delivery will be adjusted accordingly.

Purchaser agrees to deliver to Dealer satisfactory evidence of title to any used motor vehicle traded in as a part of the consideration for the motor vehicle ordered hereunder at the time of delivery of such used motor vehicle to Dealer. Purchaser warrants any such used motor vehicle to be his property free and clear of all liens and encumbrances except as otherwise noted herein.

2) WARRANTY:

A. FACTORY WARRANTY:

ANY WARRANTY ON ANY NEW VEHICLE OR USED VEHICLE STILL SUBJECT TO A MANUFACTURER'S WARRANTY IS THAT MADE BY THE MANUFACTURER ONLY. THE SELLER HEREBY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

B. WHO CAN ENFORCE THE WARRANTY:

Any warranty described in this agreement is a Limited Warranty offered to the original Purchaser, and it cannot be transferred to any other person. Only the original Purchaser, and any person who is entitled under applicable state law, may enforce the obligations of this Limited Warranty against Dealer.

EXCLUSIONS FROM THIS LIMITED WARRANTY. Any malfunction resulting from misuse, negligence, alteration, accident, racing or engaging in a contest of speed or endurance of any type, or any malfunction resulting from failure to perform periodic maintenance in accordance with the manufacturer's recommendations, is excluded from this Limited Warranty.

PURCHASER'S OBLIGATION. During the duration of this Limited Warranty, Purchaser must notify Dealer's service department at his address shown during the warranty period of any failure, malfunction or defect of any covered part(s) or system(s), the Purchaser must thereafter deliver the vehicle covered by this Limited Warranty to Dealer's service department within five (5) days of such notice for any warranty work to be done under this Limited Warranty. Purchaser must authorize in writing all repair work to be done under this Limited Warranty. Upon re-delivery of the repaired vehicle to Purchaser, Purchaser must pay for all expenses (plus applicable sales taxes), except those which Dealer is obligated to pay under this Limited Warranty. ALL LABOR MUST BE PERFORMED IN DEALER'S SHOP. NO OUTSIDE INVOICE FOR REPAIRS CAN BE HONORED.

EXCLUSION OR LIMITATION OF CONSEQUENTIAL DAMAGES. PURCHASER SHALL NOT BE ENTITLED TO RECOVER FROM DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS, OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

PURCHASER'S LEGAL RIGHTS. Some states do not allow limitation on how long an implied warranty lasts, or do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you. This Limited Warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

This is a Limited Warranty and it is the only warranty made by Dealer on his own behalf on this vehicle. The statute of limitations applicable to this Limited Warranty is hereby expressly agreed by Dealer and Purchaser to be two (2) years. There are no other express agreements between Purchaser and Dealer.

If you have any questions regarding this Limited Warranty, please contact Dealer's service department.

3) DELIVERY OBLIGATIONS:

Purchaser acknowledges that delays may be experienced by Dealer in obtaining the vehicle purchased which are beyond Dealers control. For this reason, Purchaser acknowledges and understands that any time for delivery quoted in this Motor Vehicle Purchase Contract is informational and planning purposes only and shall not be binding upon either of us. Dealer will keep Purchaser informed of the progress of this transaction and if delays may be encountered.

4) MISCELLANEOUS:

I. Manufacturer has reserved the right to change the price to Dealer of new motor vehicles without notice. In the event the price to Dealer of new motor vehicles of the series and body type ordered hereunder is changed by Manufacturer prior to delivery of the new motor vehicle ordered hereunder to Purchaser, Dealer reserves the right to change the cash delivered price of such motor vehicle to Purchaser accordingly. If such cash delivered price is increased by Dealer, Purchaser may, if dissatisfied therewith, cancel this Order.

II. In the event Purchaser takes delivery of the vehicle purchased and pays all or any portion of the price (including deposit) in any manner other than by cash, bank or certified check, title hereto shall not pass until payment has been finally settled. In the event any uncertified personal check or other form of payment is for any reason whatsoever dishonored or refused, Dealer shall have a security interest in and to said vehicle and the rights and remedies of a secured party under the Uniform Commercial Code. In the event the amount quoted by dealer or the holder of any lien covering the trade-in is not correct and the amount necessary to satisfy any such lien exceeds the amount taken into account in the obverse side of this Motor Vehicle Contract, Purchaser agrees to pay such deficiency immediately upon demand therefor. In the event Purchaser fails to disclose the existence of a lien covering the trade-in and Dealer pays or otherwise satisfies the same, Dealer shall have a security interest in and to the vehicle purchased by Purchaser and the rights and remedies of a secured party under the Uniform Commercial Code.

III. It is understood that there is no relationship of principal and agent between the dealer and manufacturer and that the dealer is not authorized to act, or attempt to act, or represent himself, directly or by implication, as agent of the manufacturer, or in any manner assume or create, or attempt to assume or create, any obligation on behalf of or in the name of the manufacturer.

IV. The Purchaser, before or at the time of delivery of the motor vehicle covered by this Order will execute such forms of agreement or documents as may be required by the terms and conditions of payment indicated on the front of this Order.

V. Manufacturer has reserved the right to change the design of any new motor vehicle, chassis, accessories or parts thereof at any time without notice and without obligation to make the same or any similar change upon any motor vehicle, chassis, accessories or parts thereof previously purchased by or shipped to Dealer or being manufactured or sold in accordance with Dealer's orders. Correspondingly, in the event of any such change by Manufacturer, Dealer shall have no obligation to Purchaser to make the same or any similar change in any motor vehicle, chassis, accessories or parts thereof covered by this Order either before or subsequent to delivery thereof to Purchaser.

VI. Dealer shall not be liable for failure to deliver or delay in delivering the motor vehicle covered by this Order where such failure or delay is due, in whole or in part, to any cause beyond the control or without the fault or negligence of Dealer.

VII. The price for the motor vehicle specified on the face of this Order includes reimbursement for Federal Excise taxes, but does not include sales taxes, use taxes or occupational taxes based on sales volume, (Federal, State or Local) unless expressly so stated. Purchaser assumes and agrees to pay, unless prohibited by law, any such sales, use or occupational taxes imposed on or applicable to the transaction covered by this Order, regardless of which party may have primary tax liability therefor.

VIII. Purchaser agrees to pay all costs incurred by Dealer, including reasonable attorneys' fees, in enforcing Dealers rights under this Motor Vehicle Purchase Contract.

NO OTHER AGREEMENTS: There are no understandings between Dealer and Purchaser other than those set forth in this Agreement and attachments to this Agreement if there are any.

I have read all of the provisions of this Order on both sides, and understand them fully.

( )

PURCHASERS INITIALS

RI-1754 (5-86)