PU6R 110701

# Portfolio

*Pre-Owned Vehicles includes Roadside Assistance*

**1** CHECK COVERAGE See Reverse Side Of Agreement For Coverage.

O Plan D (PP) Powertrain   O Plan E (PU) Comprehensive   ● Plan F (PH) Hi-Tech

CLAIMS TOLL FREE 1 (800) 527-3426

**2** CHECK DEDUCTIBLE AMOUNT

● $100 Standard   O $200   O $50   O $25   O ________ (OTHER)

**3** CHECK TERM & MILEAGE

**This Agreement expires by time from vehicle date of sale, or mileage by term selected, whichever occurs first.**

| *Maximum Months from Vehicle Date of Sale* | | *Maximum Vehicle Miles added to Vehicle Odometer from Vehicle Date of Sale* | |
|---|---|---|---|
| O 3 MONTHS | O 24 MONTHS | O 3,000 MILES | O 24,000 MILES |
| O 6 MONTHS | ● 36 MONTHS | O 6,000 MILES | ● 36,000 MILES |
| O 12 MONTHS | O OTHER ______ | O 12,000 MILES | O OTHER ______ |

**4** CUSTOMER INFORMATION/COVERED VEHICLE

| AGREEMENT HOLDER'S NAME (Last) | (First) | (Middle Initial) |
|---|---|---|
| PENDERGRASS | EDWARD | C |

| ADDRESS | TELEPHONE |
|---|---|
| 97 CLAY ST | (401)728-5565 |

| CITY | STATE | ZIP |
|---|---|---|
| CENTRAL FALLS | RI | 02863 |

| YEAR | MAKE | MODEL | CLASS CODE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|
| 2002 | DODGE | DURANGO | | 1B4HS48N02F146514 |

| ISSUE MILEAGE (Odometer reading at Date of Sale) | VEHICLE PURCHASE PRICE | DATE OF SALE (refer to Expiration explanation below) | |
|---|---|---|---|
| 23581 | $ 24118.00 | 08/19/2004 | 08/19/2004 |

LIENHOLDER

DAIMLERCHRYSLER SERVICES NA, LLC

ADDRESS

2050 ROANOKE RD

| CITY | STATE | ZIP |
|---|---|---|
| WEST LAKE | TX | 76262-9616 |

SELLING DEALER/LESSOR NAME

LINCOLN DODGE INC.

ADDRESS

RT 116 618 GEO WASHINGTON HWY

| CITY | STATE | ZIP |
|---|---|---|
| NORTH SMITHFIELD | RI | 02865 |

**EXPIRATION: THIS AGREEMENT EXPIRES WHEN ONE OF THE FOLLOWING FIRST OCCURS.**

1. Expiration Date: Agreement expires when selected Term (indicated and defined in Box 3 above), commencing from "Date of Sale," expires at 11:59 PM local time on that date.
2. Expiration Mileage: Agreement expires when the odometer reads or exceeds the mileage limit checked in Box 3 (above).

**5** CHECK ADDITIONAL COVERED ITEMS (COVERED ITEMS MUST BE CHECKED AT TIME OF SALE)

O TURBO/SUPERCHARGER   ● FOUR-WHEEL DRIVE/ALL-WHEEL DRIVE

O DIESEL

I hereby declare that the above information is correct and acknowledge receipt of State Guidelines by my signature below.

CUSTOMER SIGNATURE [signature] DATE AUG 19 04

OFFICIAL USE

SERVICE AGREEMENT PRICE $ 1550.00

*Extended Service Agreement must be paid in full at time of sale.*

DEALER REPRESENTATIVE SIGNATURE [signature] DATE AUG 19 04

**The purchase of this extended service agreement is not required in order to purchase or obtain financing for a motor vehicle.**

IF NO COVERAGE IS SELECTED IN BOX 1, PLAN D POWERTRAIN COVERAGE WILL BE IN EFFECT. A $100.00 DEDUCTIBLE WILL APPLY UNLESS OTHERWISE INDICATED IN BOX 2. IF NO TERM AND MILEAGE HAS BEEN INDICATED IN SECTION 3, COVERAGE WILL BE IN EFFECT FOR 12 MONTHS/12,000 MILES, WHICHEVER FIRST OCCURS. ANY MODIFICATION, ALTERATION, OR CHANGE TO THE PREPRINTED TERMS AND CONDITIONS OF THIS EXTENDED SERVICE AGREEMENT ARE INVALID AND OF NO FORCE OR EFFECT. THIS AGREEMENT IS NOT REGARDED AS AN INSURANCE POLICY IN MOST STATES. (SEE STATE GUIDELINES WITHIN FOR EXCEPTIONS.) THIS IS AN EXTENDED SERVICE AGREEMENT BETWEEN YOU AND THE SELLING DEALER. THE SELLING DEALER'S OBLIGATION TO PERFORM UNDER THIS AGREEMENT IS INSURED BY FFG INSURANCE COMPANY AND THE SELLING DEALER IS OBLIGATED TO OBTAIN SUCH INSURANCE. ALL OBLIGATIONS AND LIABILITIES FOR REPAIRS COV... SERVICE AGREEMENT ARE THOSE OF THE SELLING DEALER AND NOT FIRST EXTENDED SERVICE CORPORATION, WHICH ADMINISTERS THE A... ING DEALER. SEE REVERSE SIDE FOR ADDITIONAL INFORMATION REGARDING RESPONSIBILITY FOR BENEFITS.

CLAIMS SERVICE OFFICE
First Extended Service Corp.
P.O.Box 130745
Dallas, TX 75313

AUTHORIZATION IS REQUIRED PRIOR TO THE COMMENCEMENT OF ALL REPA...

Claims Toll Free -1 (800) 527-3426   Roadside Assistance -1 (800) 270-8447

EXHIBIT 2

tion of this extended service agreement, the Selling Dealer will arrange for payment or make necessary mechanical repairs to the components in the specific coverage selected, without additional charge to you. Replacement of any part may be made with new parts, remanufactured parts, non-original manufacturer's parts, or with parts of like kind and quality at the time of breakdown.

## PLAN D POWERTRAIN COMPONENT COVERAGE

**ENGINE**
All internal lubricated parts; timing belt, pulleys and cover; oil pump; water pump; manifolds; harmonic balancer; engine mounts; turbo, supercharger and internal parts.
Note: Cases, housings, engine block and cylinder heads are covered only if damaged by the failure of an internal lubricated part.

**TRANSMISSION AUTOMATIC/TRANSFER CASE**
All internal lubricated parts; torque converter; vacuum modulator; front pump.

**TRANSMISSION MANUAL/TRANSFER CASE**
All internal lubricated parts.

**REAR-WHEEL DRIVE**
All internal lubricated parts; propeller shafts, supports and U-joints; axle shafts and bearings.

**FRONT-WHEEL DRIVE**
All internal lubricated parts; axle shafts; constant velocity joints, front hub assembly and bearings.

## PLAN E COMPREHENSIVE COMPONENT COVERAGE
### COVERS PLAN D COMPONENTS ABOVE PLUS THE FOLLOWING:

**ENGINE COOLING SYSTEM**
Fan, fan clutch, fan motor.

**FACTORY AIR CONDITIONING**
Condenser, compressor, evaporator, dryer, temperature control programmer.

**FRONT SUSPENSION**
Struts; upper and lower control arms and shafts and bushings; upper and lower ball joints; stabilizer shaft, linkage and bushings; spindles and supports; wheel bearings.

**STEERING**
All internal lubricated parts; rack and pinion and all internal parts; power cylinder assembly, power steering pump, main and intermediate steering shafts and couplings; tie rods and tie rod ends; idler arm, pitman arm.

**ELECTRICAL**
Alternator; voltage regulator; distributor; starter motor, starter drive and solenoid; electronic ignition module; wiring harnesses; manually operated switches; wiper motor; power window motor; sunroof motor.

**BRAKES**
Master cylinder, power brake booster, wheel cylinders, hydraulic lines and fittings; disc calipers.

**FUEL SYSTEM**
Fuel pump, fuel injection pump, lines, nozzles and vacuum pump.

## PLAN F HI-TECH COMPONENT COVERAGE
### COVERS PLAN D COMPONENTS AND PLAN E COMPONENTS ABOVE PLUS THE FOLLOWING:

**SEALS AND GASKETS**
Seals and gaskets relating to covered components.

**ELECTRONIC HIGH TECH COMPONENTS**
Level control compressor, sensors and limiter valve; pneumatic suspension pump sensors and valves; fuel injection sensors and control module; ignition module; spark control detonation sensors and controller; drive information display and module; moisture control unit and sensors; anti-detonation sensors; manufacturer installed combination entry system; manufacturer installed anti-theft device; ABS (anti-locking system).

**ELECTRICAL PLUS**
All power motors and solenoids related to the electrical operations of antennas, door locks, power headlight motors, seat motors, mirrors, convertible tops, power trunk releases.

## ADDITIONAL BENEFITS

**24 Hour Roadside Assistance** In the event the covered vehicle requires any of the following services: 1) gasoline up to two gallons; 2) flat tire service (with inflated spare); 3) battery jump start; 4) locked-out assistance; or 5) towing, the cost of services not payable by your insurance will be covered up to $50.00 per occurrence. **You must call Roadside Assistance, at 1-800-270-8447, prior to receiving towing assistance. (Towing Assistance available where allowed by law.)**

**Substitute Transportation Reimbursement:** In the event of a mechanical breakdown of a covered component you may be eligible for substitute transportation reimbursement. Such expense shall be limited to actual per day cost up to $35.00 per day, a 5 day maximum, not to exceed $175.00 per occurrence. To qualify for the first day's reimbursement, the covered vehicle must be retained by the repairing facility overnight and the covered repair must exceed a minimum of four (4) hours labor, as defined in the current year's manufacturer's or accredited flat rate repair manuals. An additional day will be reimbursed for each additional eight (8) hours labor. The substitute vehicle must be rented from us, the repair facility, or from a licensed rental agency. Reimbursement of substitute transportation shall not continue beyond the day on which the repairs are completed and the customer is notified of completion. Rental receipts are required for reimbursement.

## WHAT TO DO IF REPAIRS ARE NEEDED.

If your vehicle is within forty (40) miles of the selling dealer you must deliver your vehicle to the selling dealer at the address shown on the front of this extended service agreement. If your vehicle is more than forty (40) miles from the selling dealer, call 1-800-527-3426 (Claims Service Office) for instructions before you deliver your vehicle to a repairing facility. To assure coverage under the terms of this extended service agreement, authorization must be obtained prior to teardown or repair.

## WHAT IS NOT COVERED

Any items not listed under the "What is Covered" section of the specific plan you selected on the front of this Agreement. Incidental or consequential damages or loss caused by breakdown of components (or otherwise) including property damage, personal injury, inconvenience, loss of vehicle use, damage to a covered part by a non-covered part and damage to a non-covered part by a covered part. Also not covered: Repairs covered by any manufacturer's warranty or manufacturer's emissions warranty on the covered vehicle (whether or not transferred with the vehicle), manufacturer's recall or factory bulletins, breakdowns of components caused by a defect the manufacturer has publicly announced it would correct, but which you failed to have corrected. Vehicle not certified for sale within the United States at the time of manufacture or if Vehicle has been salvaged or if its title has been branded or if Vehicle has been declared a total loss. Commercial use is excluded and will void coverage under this extended service agreement. Repairs required because of collision, abuse, overheating or operation without proper lubrication or coolant, road conditions, misuse, negligence, alterations, racing, accidents, fires, floods, riots, acts of God, vandalism, upset, theft, lack of reasonable and proper maintenance, abuse through towing or improper load capacity, abuse through continued operation of an impaired vehicle, or any other losses normally covered by casualty insurance. Also not covered: are excessive oil consumption, loss of compression, and/or gradual reduction in operating performance due to failure of a covered part or parts. Repairs beyond those required to correct the covered failure. Repairs of components which have been modified or added to the vehicle after purchase, any repairs on vehicles whose mileage has been altered or whose odometer has been tampered with while owned by you. Repairs made outside the 50 United States, its territories and possessions and Canada unless you obtain a written waiver from the Selling Dealer. Any manufacturer's required maintenance. Damage caused by your failure to take or cause to be taken reasonable precautions to prevent further damage when an apparent problem exists.

**LIMITS OF LIABILITY:** The total of all benefits paid or payable under this Agreement shall not exceed the purchase price of the vehicle excluding taxes, title, and licenses cost of the vehicle. The total benefits payable for any single repair or replacement shall not exceed the actual cash value of the Vehicle immediately prior to the Breakdown. This determination will be made using the most current National Automobile Dealers Association Used Car Guide for your Vehicle.

**WITH RESPECT TO ROADSIDE ASSISTANCE:** You are not covered when any other Roadside Coverage is in effect, such as coverage from the manufacturer with the purchase of your vehicle or as part of your personal insurance policy. Any Roadside Assistance as shown in this Agreement is covered up to $50.00 provided it is referred as a result of calling the Roadside Assistance toll free number. Any other Roadside Assistance services obtained are excluded and not covered. Towing services associated with accidents or vandalism are excluded. Other expenses associated with travel arrangements, food, lodging, and miscellaneous expenses are excluded. All Roadside Assistance benefits are provided under separate agreement. Call Roadside Assistance at 1-800-270-8447.

**MECHANICAL** - Refrigerant, coolant, and fluids unless required for a covered repair. Service adjustments/cleaning, throttle body assembly (except injectors), contaminated fuel system, air conditioning recharge, battery/battery cables, bolts and fasteners, belts, hoses, brakes (front hubs, drums, shoes, lining, disc rotors and pads), exhaust system (including catalytic converter), filters, lights (bulbs, sealed beam and lenses), lubricants, manual clutch, pressure plate, throw-out bearings, clutch master or slave cylinders, manual clutch disc, strut inserts, shock absorbers, spark/glow plugs and wires, squeaks and rattles, tires, tune-ups, wheel balancing, wheel alignment, wheel studs, wiper blades, shop supplies and hazardous waste removal. Repairs, retrofit, or replacement of any components caused by or due to compliance with any law or legislation including the Clean Air Act. Navigation systems are not covered.

**EXTERIOR** - Service adjustments (glass and body parts), bright metal, bumpers, body panels, door handles, hinges, glass, moldings, outside ornamentation, convertible or vinyl tops, paint, rust, sheet metal, sideview mirrors (glass and housing), air and water leaks, weatherstrip, wheel covers/ornaments and wind noise. Physical damage, alignment or bumper and body parts.

**INTERIOR** - Buttons, carpet, dash pad, door and window handles, knobs, rearview mirror (glass and housing), trim, and upholstery. All non-factory installed items and equipment, such as, but not limited to radios, tape players, compact disc players, graphic equalizers, speakers, cellular telephones, theft deterrent systems, radar detectors, and heads up display system.

**MAINTENANCE RESPONSIBILITIES:** If you fail to perform the manufacturer's recommended maintenance such as oil changes and other periodic services and your failure results in a breakdown, this will result in loss of your protection under this extended service agreement. Maintenance records from the vehicle sale date supported by receipts indicating dates, mileage and services performed must be kept by the purchaser or subsequent owner of this extended service agreement and made available to the Selling

RESPONSIBILITY FOR BENEFITS: THE OBLIGATION TO PERFORM UNDER THIS AGREEMENT IS INSURED BY FFG INSURANCE COMPANY AND THE SELLING DEALER IS OBLIGATED TO OBTAIN SUCH INSURANCE. IF A VALID CLAIM REMAINS UNPAID FOR MORE THAN SIXTY (60) DAYS AFTER YOU HAVE FILED A PROOF OF LOSS COVERED BY THIS EXTENDED SERVICE AGREEMENT, THEN YOU MAY MAKE A DIRECT CLAIM AGAINST FFG INSURANCE COMPANY, 2001 BRYAN STREET, SUITE 200, DALLAS, TEXAS 75201, POLICY FORM NUMBER FEC 1001 OR 2002 AT (214) 965-9076 or (800) 527-3448.

****** CUSTOMER NOTICE: SEE BACK PAGES FOR DETAILS OF YOUR STATE'S SPECIAL NOTICES AND PROTECTIONS REGARDING YOUR CLAIMS AND OTHER RIGHTS PROVIDED UNDER THIS EXTENDED SERVICE AGREEMENT.***

CLAIMS SERVICED BY FIRST EXTENDED SERVICE CORPORATION, P.O.BOX 130745 DALLAS, TX 75313

1-800-527-3426