# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, LINCOLN DODGE INC. (TRANSFEROR'S NAME - PRINT) state that the odometer now reads 23581 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is **NOT** the actual mileage. WARNING — ODOMETER DISCREPANCY.

MAKE: DODGE

MODEL: DURANGO BODY TYPE: SUV

VEHICLE IDENTIFICATION NUMBER: 1B4HS48N02F146514

YEAR: 2002

TRANSFEROR'S NAME (PRINTED NAME): LINCOLN DODGE INC.

TRANSFEROR'S ADDRESS (STREET): RT 116 618 GEO WASHINGTON HWY

(CITY) LINCOLN, (STATE) RI (ZIP CODE) 02865

TRANSFEROR'S NAME X (SIGNATURE)

DATE OF STATEMENT: 08/19/04

TRANSFEREE'S NAME: EDWARD C PENDERGRASS

TRANSFEREE'S ADDRESS (STREET): 28A MAIN ST

(CITY) CUMBERLAND (STATE) RI (ZIP CODE) 02864

TRANSFEREE'S NAME X Edward C Pendergrass (SIGNATURE)

(PRINTED NAME)

EXHIBIT 3