SEP 21 2006 13:48 FR MAL WHOLESALE 513 563 0514 TO 9562948 P.01/01

# COMMONWEALTH OF KENTUCKY
TRANSPORTATION CABINET
CERTIFICATE OF TITLE

| TITLE NO. | YEAR | MAKE | MODEL NAME | VIN | TITLE TYPE | MODEL NO. |
| --- | --- | --- | --- | --- | --- | --- |
| 020981130019 | 02 | DODG | DURANGO | 1B4HS48N02F146514 | TRANSFER | 4D |

| BODY TYPE | COLOR | NO. CYL. | ODOMETER | MOTOR NO. | WEIGHT | PREV. TITLE NO./STATE |
| --- | --- | --- | --- | --- | --- | --- |
| 4D | BLU | 08 | 1002 | | 6 | 013481130011 KY |

KY NO | BOAT TYPE | LENGTH | BEAM | CAPACITY | HULL MATERIAL | PROPULSION

OWNER(S) NAME
MIKE ALBERT LTD.
10340 EVENDALE DRIVE
CINCINNATI OH 45241-2512

DATE OF ISSUE 05/10/02

FUEL 174050

USAGE TAX PAID 0.00

UD REMARKS 1611

BRAND(S)

FIRST LIENHOLDER

SECOND LIENHOLDER

| FIRST LIEN Notation No. | County | SECOND LIEN Notation No. | County |
| --- | --- | --- | --- |
| Filing Date | | Filing Date | |
| Released By: | | Released By: | |
| County Clerk's Use Only | Date | County Clerk's Use Only | Date |

I certify that the Department of Vehicle Regulation has exercised due diligence in examining an application for a certificate of title for the above-described vehicle and to the best of our knowledge and belief the applicant whose name appears above is the lawful owner of the apparently legitimate vehicle described herein.

Commissioner, Department of Vehicle Regulation (STATE SEAL) CONTROL NO. C3246819

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING FALSE STATEMENT, MAY RESULT IN FINES AND/OR IMPRISONMENT.

## FIRST DEALER ASSIGNMENT

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee): World Trading Corp 1874 McDonald Ave Brooklyn, NY 11223

[redacted] (no tenths) Odometer Reading

**** CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Transferor(s) Signature(s) (Seller) To be notarized — Mike Albert, Ltd — Transferee(s) Signature(s) (Owner)

Transferor(s) Printed Name(s) (Seller) — Transferee(s) Printed Name(s) (Owner)

Date of Transfer — Seller Dealer No. — Purchasing Dealer No.

Attesting Official — Title

Subscribed and sworn before me this 18 day of Feb

SUSAN K. BULLOUGH, Notary Public, State of Ohio, My Commission Expires ... 2008 — NOTARY PUBLIC

## SECOND DEALER ASSIGNMENT

The undersigned owner hereby certifies that the vehicle described in this title has been transferred to the following (print name and address of transferee):

[redacted] (no tenths) Odometer Reading

**** CAUTION READ CAREFULLY BEFORE YOU CHECK A BLOCK****

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Transferor(s) Signature(s) (Seller) To be notarized — Transferee(s) Signature(s) (Owner)

Transferor(s) Printed Name(s) (Seller) — Transferee(s) Printed Name(s) (Owner)

Date of Transfer — Seller Dealer No. — Purchasing Dealer No.

Attesting Official — Title

Subscribed and sworn before me this ___ day of ___ 20__ My commission expires ___ NOTARY PUBLIC

DEALER ONLY

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS, OR MUTILATIONS. MUST BE COMPLETED IN BLUE OR BLACK INK. FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE VEHICLE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE, OR PROVIDING FALSE STATEMENT, MAY RESULT IN FINES AND/OR IMPRISONMENT.

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS