84-291-3500 (4/05) MULTI - SIMPLE INTEREST

# NOTICE AFTER REPOSSESSION OR VOLUNTARY SURRENDER

ACCOUNT NUMBER
1001827342

Chrysler Financial

| BUYER'S NAME AND ADDRESS | CO-BUYER'S NAME AND ADDRESS |
|---|---|
| DOUGLAS E PENDERGRASS<br>PO BOX 191<br>CUMBERLAND RI 02864 | EDWARD C PENDERGRASS<br>PO BOX 191<br>CUMBERLAND RI 02864 |

We have obtained your "Vehicle", ☑ repossession ☐ voluntary surrender.

DESCRIPTION OF YOUR VEHICLE:

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 2002 | DODGE | DURANGO SL | 1B4HS48N02F146514 |

**NOTICE OF SALE:** Your Vehicle will be offered for sale, at private sale beginning on 8/24/2005, and from day to day thereafter until sold. Your vehicle will be sold by:

☑ Chrysler Financial ☐ the Dealer who sold you the Vehicle. (Your Vehicle has been or will be returned to that Dealer, but will NOT be sold before the date shown above.)

| DEALERSHIP NAME | PHONE NUMBER |
|---|---|
| LINCOLN DODGE INCORP | |
| ADDRESS, CITY, STATE, ZIP: RTE116-618 WA. HWY LINCOLN RI 02865 | |

**HOW TO GET YOUR VEHICLE BACK:** ☐ If this box is checked, you do not have the right to reinstate your contract.

***FIRST WAY: REINSTATEMENT***

You have the right to renew your contract AT ANY TIME BEFORE IT IS SOLD. To renew the contract, you must pay us the NET AMOUNT NEEDED TO REINSTATE (below), plus any other amounts which may become due after the date of this Notice. You must pay with a cashier's check or certified funds; no personal checks are accepted.

| | | |
|---|---|---|
| PAST DUE PAYMENTS | $ | 836.06 |
| PLUS: LATE CHARGES | $ | 10.00 |
| PLUS: REPOSSESSION, STORAGE, REPAIR AND PREPARATION COST (To Date) | $ | 350.00 |
| | $ | 0.00 |
| NET AMOUNT NEEDED TO REINSTATE (NOT INCLUDING AMOUNTS WHICH MAY BECOME DUE AFTER THE DATE OF THIS NOTICE.) | $ | 1,196.06 |

***SECOND WAY: REDEEMING THE VEHICLE***

You have the right to redeem your Vehicle by paying in full the amount you owe AT ANY TIME BEFORE IT IS SOLD. To redeem, you must pay us the NET AMOUNT NEEDED TO REDEEM (below), plus any other amounts which may become due after the date of this Notice, and before your Vehicle is sold. To learn the exact amount you must pay, please call us at the number listed on the back of this Notice.

| | | | |
|---|---|---|---|
| UNPAID PRINCIPAL BALANCE | $ 17,774.93 | | |
| PLUS: LATE CHARGES | $ 10.00 | | |
| PLUS: REPOSSESSION, STORAGE, REPAIR AND PREPARATION COST (To Date) | $ 350.00 | | |
| Finance Charge to: 8/6/2005 | $ 309.96 | | |
| No Add-On Insurance | $ 0.00 | | |
| | $ 0.00 | | |
| SUBTOTAL OF CHARGES | | $ 18,444.89 | |
| LESS: REBATE OF FEES AND REFUNDS OF INSURANCE PREMIUMS (SPECIFY COMPANY AND TYPE OF INSURANCE) | | | |
| | $ 0.00 | | |
| | $ 0.00 | | |
| | $ 0.00 | | |
| | $ 0.00 | | |
| SUBTOTAL OF REBATES AND REFUNDS DEDUCTED | | $ 0.00 | |
| NET AMOUNT NEEDED TO REDEEM (NOT INCLUDING OTHER AMOUNTS WHICH MAY BECOME DUE AFTER THE DATE OF THIS NOTICE) | | $ 18,444.89 | |

Your Vehicle will not be sold earlier than the date shown in the "Notice of Sale". After that date, you can redeem your Vehicle before it is sold. If you do, neither we nor the dealer will have any further claim on it.

The longer you wait, the more costs (which may include repairs) you may have to pay. These costs are limited by law to reasonable expenses incurred as a direct result of retaking your Vehicle, holding it, and preparing it for sale.

**INSURANCE RIGHTS:** If you want your Vehicle back, you are required to keep it insured according to the terms and conditions of your contract. If you do not want your Vehicle back, you should consider cancelling any insurance on it. To make sure this is done, call the insurance company or the Dealer. You have a right to get credit for all premium refunds. We will cancel any insurance on your Vehicle which was purchased for you and financed in the contract. That insurance, if any, is listed on this notice and we have given you credit for any unearned premiums.

***SEE REVERSE SIDE FOR ADDITIONAL INFORMATION AND OTHER IMPORTANT NOTICES.***

*1001827

EXHIBIT 5

84-291-3500 (4/05) MULTI - SIMPLE INTEREST

ADDITIONAL NOTICES (Continued from the FrontSide)

ACCOUNTING: If you want us to explain to you in writing how we have figured the amount that you owe us you may call or write us at the number or address listed on the back of this Notice. We reserve the right to charge you $ 0.00 for the explanation if we sent you another explanation of the amount within the last six months.

RIGHT TO MONEY LEFT OVER FROM SALE: When your Vehicle is sold, the sale price minus expenses will be deducted from your debt. You areentitled to any money left over. If the Dealer sells your Vehicle, the Dealer should pay you anymoney left over, with a summary of all expenses, within 45 days after the sale. If you do not get this left over money,you have a right to sue for it plus penalties under state law.

REMAINING BALANCE (DEBT): The sale price might not cover your debt and expenses. If that happens, you will owe the difference to us or to the Dealer(whoever sells your Vehicle), and you could be sued for the difference. If there is any attempt to collect this difference from you, we or the Dealer (whoever sells your Vehicle) should send you a summary of the resale andexpense amounts.

NOTICE TO OTHER INTERESTED PARTIES: We are sending this notice to the following other people who have an interest in the vehicle or who owe money under the contract: ______

NOTICE TO CO-BUYER: As a Co-Buyer you are personally liable for any indebtness owed to us. You are also subject to all obligations of Buyer. All the rights and obligations you agreed to in the contract and which are set forth in this Notice. In your capacity as Co-Buyer, a judgment may be sought against you should the sale price not cover Buyer's debt and expenses.

**If you have any questions, please call or write us.**

| | |
|---|---|
| *Make payments to:*<br>Chrysler Financial | |
| MAILING ADDRESS, CITY, STATE, ZIP<br>P.O. Box 25952 Shawnee Mission, KS 66225 | PHONE NUMBER<br>(866)890-3608 ext. 6514 |
| DATE NOTICE MAILED<br>8/9/2005 | |

## PROOF OF MAILING

I hereby state that on the date indicated above I sent by ☒ First Class Mail ☐ Certified Mail, a copy of the above notice as Proof of Mailing to the person(s) and to the address(es) as stated in the attached Notice. I declare that the statements above are true to the best of my information, knowledge and belief.

| | |
|---|---|
| SIGNATURE<br>Heidi Johnson | DATE<br>8/9/2005 |