PO BOX 1209
CAKS, PA 19456

PENNCRO ASSOCIATES, INC.

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| NAME: | EDWARD C PENDERGRASS |
| CLAIM #: | O28698 |
| CREDITOR: | CHRYSLER FINANCIAL |
| REGARDING: | CHRYSLER RETAIL ACCOUNT |
| ACCOUNT #: | 1001827342 |
| BALANCE DUE: | $13603.40 |

Please see below for payment address

Jun 2, 2006

EDWARD C PENDERGRASS
PO BOX 191
CUMBERLAND RI 02864-0191

The above referenced debt has been placed with our office for collection.

We must receive payment in full.

Please make your check or money order for the above balance payable to CHRYSLER FINANCIAL and m it to our office in the return envelope provided.

Sincerely,
Penncro Associates
1-800-678-1826

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this de or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 day from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will obta verification of the debt or obtain a copy of a judgment, if one exists, and mail you a copy of such judgment verification. If you request this office in writing within 30 days after receiving this notice, this office will provid you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtaine will be used for that purpose.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Please Detach here and enclose bottom portion with your payment

PLEASE RETURN BOTTOM PORTION WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| NAME: | EDWARD C PENDERGRASS |
| CLAIM #: | O28698 |
| CREDITOR: | CHRYSLER FINANCIAL |
| REGARDING: | CHRYSLER RETAIL ACCOUNT |
| ACCOUNT #: | 1001827342 |
| BALANCE DUE: | $13603.40 |

AMOUNT ENCLOSED:

EXHIBIT 6

☐ Check here if your address or insurance information has changed. Please indicate changes below.

NAME ______
ADDRESS ______
CITY / STATE / ZIP ______
12 03 PHONE ______

PENNCRO ASSOCIATES INC.
PO BOX 1878
SOUTHAMPTON PA 18966-9998