400 Seventh Street, S.W.
Washington, D.C. 20590

U.S. Department
of Transportation

**National Highway
Traffic Safety
Administration**

Edward C. Pendergrass
28 A Main Street
Cumberland, RI 02864

Dear Edward C. Pendergrass:

The National Highway Traffic Safety Administration of the United States Department of Transportation is conducting an investigation in the Pennsylvania and New York areas involving the sale of used motor vehicles with altered odometers.

The investigation has disclosed that more than 600 vehicles had been subject to odometer tampering. It is the policy of this agency to notify the owners of the vehicles and advise them of their rights and obligations under the Federal odometer laws. Accordingly, you are hereby notified that you may have been a victim of odometer fraud. Documents gathered by the government indicate that you own or once owned the following vehicle:

2002 DODGE, Vehicle Identification Number 1B4HS48N02F146514.

The records obtained by the government indicate that the aforementioned vehicle had at least 148378 miles on 2/17/2004.

If you purchased the vehicle without the knowledge that the odometer had been altered, you may be entitled to certain legal remedies. The Federal odometer law, Chapter 327 (Public Law 103-272), prohibits the disconnection, resetting, or alteration of a motor vehicle's odometer with the intent to change the number of miles indicated thereon.

The law requires that a written disclosure of the mileage registered on an odometer be provided by the seller to the purchaser at the time ownership of a vehicle is transferred. If the odometer mileage is incorrect, the law requires a statement to that effect be furnished in written form to the buyer.

Violations of the above requirements may subject the violator to civil liability if it is determined that the violator's actions were intended to defraud the purchaser. The law makes available to the buyer a remedy in the amount of $1,500 or treble damages. Section 32710 of the law permits the buyer to bring a civil action in the State or Federal court. You may do this by contacting your own private attorney or the State Attorney General. Your State Attorney General has the authority under Federal law to bring an



EXHIBIT 7

action on your behalf and can also advise you regarding applicable State laws. The Federal government has the authority to bring actions for civil and criminal penalties; however, it cannot bring actions on behalf of consumers. We strongly recommend that you consult your own private attorney to determine your legal rights and remedies in this matter. You will find an enclosed document titled "Odometer Fraud – Civil Remedies for Victims" which may assist you.

In addition, you should be aware that should you sell this vehicle without notifying the purchaser that the odometer does not reflect the actual mileage, you may incur liability. We hope this information will be of use to you.

Sincerely,

Richard C. Morse
Director, Office of Odometer Fraud Investigations

Enclosures