**U.S. Department of Justice**
***Thomas A. Marino***
United States Attorney's Office
Middle District of Pennsylvania
Harrisburg Federal Building & Courthouse
228 Walnut Street, P.O. Box 11754
Harrisburg, PA 17108-1754
Phone: (717) 221-4482
*Toll Free: 1-866-673-7340*

March 7, 2006

Edward Pendergrass
28 A Main Street
Cumberland, RI 02864

IN RE: United States v. James Russell Bradbury
USAO Case 2004R00326 and Court Docket Number 1:CR-05-407

Dear Edward Pendergrass:

Federal criminal charges have been filed against James Russell Bradbury. He pled guilty to one count of bribery concerning programs receiving federal funds. As an employee of the Pennsylvania Department of Transportation, he accepted payments from used car dealers in return for accepting problem titles (e.g. titles with altered mileage, salvage-branded vehicles being retitled in Pennsylvania without salvage brands, or with missing signatures).

Department of Justice Trial Attorney Linda Marks is the prosecutor assigned to this matter. She can be reached at (202) 307-0060. Judge Yvette Kane is assigned to this matter and proceedings will take place at the Harrisburg Federal Building and Courthouse. Sentencing is scheduled for July 17, 2006 at 10:00am, however, it is possible this date could change. For further updates, please utilize the Victim Notification System (VNS) that is described below.

In an effort to recuperate some of your financial loss as a result of this crime, you may want to consider the following options:

- Contact the place of business where you purchased the vehicle to see if they will provide compensation and/or check with their liability insurance company to see if this scenario is something that can be compensated. The car dealership should look for a "trick and device" clause/language in the insurance policy.
- Ask the car dealership to go back to the place where they purchased the car and ask the same information as mentioned above.
- Contact your State Attorney General's office to see if there is a consumer advocate/protection unit that can assist.
- Review your homeowners/renters/automobile insurance to see if there is any language in the policy about fraud/scams/etc.
- Check with an accountant/tax person/CPA about writing your loss off on your income tax.
- Check the National Highway Traffic Safety Administration website for additional information about civil remedies. www.nhtsa.gov
- Consult with an attorney to see what your options are.

As a crime victim, you have the following rights under 18 United States Code § 3771:
**(1)** The right to be reasonably protected from the accused; **(2)** The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused; **(3)** The right not to be excluded from any such public court proceeding, unless court, after receiving clear and convincing evidence, determines that testimony by the victim would be

EXHIBIT 8

materially altered if the victim heard other testimony at that proceeding; **(4)** The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding; **(5)** The reasonable right to confer with the attorney for the Government in the case; **(6)** The right to full and timely restitution as provided in law; **(7)** The right to proceedings free from unreasonable delay; **(8)** The right to be treated with fairness and with respect for the victim's dignity and privacy.

We will make our best efforts to ensure you are accorded the rights described. You can seek the advice of an attorney with respect to these rights.

The enclosed information provides instructions for accessing the Victim Notification System (VNS) website or the VNS Call Center. You will need a Victim Identification Number (VIN) and Personal Identification Number (PIN). Your VIN is "1316159" and your PIN is "9141". In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Pendergrass.

The Victim Notification System (VNS) is designed to provide you with information regarding the case as it proceeds through the criminal justice system. You may obtain current information about this matter on the Internet at WWW.Notify.USDOJ.GOV or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program. If you update your information to include a current email address, VNS will send information to that address.

You may use your Victim Identification Number (VIN) and Personal Identification Number (PIN) anytime you contact the Call Center and the first time you log on to VNS on the Internet. If you have other questions which involve this matter, please contact the office listed above.

Sincerely,

Laurie A. Reiley

Laurie A. Reiley
Victim/Witness Coordinator