**U.S. Department of Justice**

Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
(202) 514-3764
(202) 514-8742 fax

September 22, 2006

Edward C. Pendergrass
28 A Main Street
Cumberland, RI 02864

Re: United States v. James Bradbury, Cr. No. 05-407 (M.D. Pa.);
2002 Dodge, VIN # 1B4HS48N02F146514

Dear Mr. Pendergrass:

Per a conversation with either Linda I. Marks, an attorney in this office, or Laurie Reiley, the Victim-Witness Coordinator at the U.S. Attorney's Office in Harrisburg, PA, enclosed please find a copy of a Kentucky Certificate of Title for the vehicle you purchased. The title reflects that this vehicle was returned to a lease company in Ohio at 148,378 miles. The lease company sold the vehicle on February 18, 2004, accompanied by the high-mileage title, to wholesalers who used the dealer name "World Trading Corp."

Please call me if you have any questions.

Sincerely,

Stephanie Caccomo

Stephanie Caccomo
Paralegal

Enclosure

cc Michael Bottaro, Esq.

EXHIBIT 9