U.S. CERTIFIED MAIL ARTICLE #
7005 1820 0005 9483 2664

*Paul J. Panichas, Esq.*
ATTORNEY-AT-LAW
209 COTTAGE ST.
PAWTUCKET, RI 02860
TEL: (401) 722-3508 RES: (401) 231-3948

JUNE 13TH, 2006

TO: LINCOLN DODGE, INC.
ROUTE 116
618 GEORGE WASHINGTON HIGHWAY
LINCOLN, RHODE ISLAND 02865
REGISTERED AGENT FOR SERVICE: JOSEPH DEANGELIS - PROV. RI
& MR ROBERT CAMPELLONE - PRESIDENT

RE: MR. EDWARD C. PENDERGRASS/DEMAND LETTER UNDER R.I.G.L.31-23-2-8 ET SEQ.

DEAR SIR,

PLEASE BE ADVISED THAT I HAVE BEEN RETAINED TO REPRESENT MR. EDWARD C. PENDERGRASS OF HIGH STREET, CUMBERLAND, RHODE ISLAND 02864.

THE REASON FOR THIS LETTER IS TO MAKE DEMAND UNDER RHODE ISLAND GENERAL LAWS 31-23-.2-8 FOR EITHER A REFUND OR A REPLACEMENT VEHICLE. THIS DEMAND IS BASED UPON THE FOLLOWING INFORMATION IN ACCORDANCE WITH THE R.I.G.L. STATED ABOVE AS FOLLOWS:

1. THAT THE BUYER BELIEVES THAT THE ODOMETER HAS BEEN TAMPERED WITH: PLEASE SEE LETTER ATTACHED FROM THE UNITED STATES DEPARTMENT OF JUSTICE INDICATING THAT THE ODOMETER HAS BEEN ALTERED AND YOUR COMPANYS ODOMETER STATEMENT WHICH IS CLEARLY NOT IN ACCORDANCE WITH THE US DEPARTMENT OF JUSTICES' INFORMATION. ALSO SEE YOUR COMPANYS ODOMETER DISCLOSURE STATEMENT.

2. DATE OF PURCHASE: AUGUST 19, 2004

3. NAME OF BUYER AND SELLER: BUYER EDWARD C. PENDERGRASS
SELLER: LINCOLN DODGE, INC.
ROUTE 116
618 GEORGE WASHINGTON
LINCOLN, RHODE ISLAND 02865

4. MAKE, MODEL, YEAR, AND VIN OF VEHICLE:
DODGE DURANGO: SUV: 2002: 1B4HS48N02F146514

EXHIBIT
10

5. SALE PRICE: TWENTY FOUR THOUSAND-ONE HUNDRED AND EIGHTEEN DOLLARS1 ($24,118.00)

6. PRESENT MILAGE: UNKNOWN BECAUSE OF DISCREPENCY SEE UNITED STATES DEPARTMENT OF JUSTICE LETTER INDICATING THAT THERE APPROXIMATELY OVER 150,000 MILES ON SAID VEHICLE WHEN YOUR COMPANYS ODOMETER STATEMENT AT THE TIME OF PURCHASE INDICATED ONLY 23,581 MILES ON SAID VEHICLE. OBVIOUSLY THERE IS SOME KIND OF PROBLEM.

7. DETAIL OF REPAIRS MADE TO VEHICLE SINCE ITS PURCHASE: FIVE HUNDRED SEVENTY EIGHT DOLLARS AND NINETY-SIX CENTS ($578.96) PLEASE SEE RECEIPTS FOR REPAIR WORK ATTACHED.

8. ADDITIONAL DAMAGES; MR. PENDERGRASS WAS GIVEN A TRADE-IN VALUE ON HIS CHEVROLET LUMINA IN THE AMOUNT OF SIX THOUSAND ($6,000.00) DOLLARS. THERE WAS AUTO INSURANCE IN THE AMOUNT THAT HE PAID FOR UNECESSARILY ON A VEHICLE THAT DID NOT HAVE THE VALUE THAT THE INSURANCE COMPANY THOUGHT IT HAD TO BASE ITS PREMIUM UPON. ALSO YOUR COMPANY ACCORDING TO MR. PENDERGRASS WOULD NOT HONOR THE WARRANTY THAT HE PAID FOR WHEN THE VEHICLE BROKE DOWN SO HE WANTS THE MONEY BACK FOR THAT. ALL OF THIS HAS COST MY CLIENT ALL KINDS OF TIME AND AGGRAVATION OVER THIS MATTER ESPECIALLY SINCE HIS VEHICLE HAS BEEN AUCTIONED OFF AND HE IS COPMPLETELY WITHOUT. ADDITIONALLY, HE HAS HAD TO BY A CHEAP VAN JUST TO BE ABLE TO GO TO WORK. THESE DAMAGES WILL HAVE TO BE DISCUSSED.

PLEASE PASS THIS LETTER ALONG TO YOUR ATTORNEY OR CALL ME DIRECTLY IF YOU DO NOT HAVE AN ATTORNEY AND YOU WANT TO REPRESENT YOURSELF. IF YOU DO NOT HAVE AN ATTORNEY AND YOU WANT TO GET AN ATTORNEY PLEASE CALL ONE IMMEDIATELY SO THAT WE CAN RESOLVE THIS MATTER AS SOON AS POSSIBLE. PLEASE BE ADVISED THAT RHODE ISLAND STATE LAW ALLOWS THIRTY (30) DAYS IN ORDER FOR YOU TO RESPOND OR YOU MAY/OR MAY NOT BE RESPONSIBLE FOR THREE (3) TIMES THE AMOUNT OF DAMAGES THAT ARE INVOLVED IN THIS MATTER.

I LOOK FORWARD TO HEARING FROM YOU.

THANK YOU.

YOURS TRULY,

PAUL J. PANICHAS, ESQ.