INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT. YOU MAY OBTAIN VEHICLE INSURANCE FROM AN INSURANCE COMPANY OF YOUR CHOICE.

CREDIT LIFE, CREDIT DISABILITY, GUARANTEED AUTOMOTIVE PROTECTION COVERAGE AND OTHER OPTIONAL INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE PREMIUM.

| | |
|---|---|
| ☐ CREDIT LIFE PREMIUM $ N/A<br>INSURER N/A<br>INSURED(S) N/A | ☐ MECHANICAL BREAKDOWN N/A<br>TERM N/A PREMIUM $ N/A<br>INSURER N/A |
| BUYER'S SIGNATURE | BUYER'S SIGNATURE |
| CO-BUYER'S SIGNATURE | CO-BUYER'S SIGNATURE |
| ☐ CREDIT DISABILITY PREMIUM $ N/A<br>INSURER N/A<br>INSURED(S) N/A | ☐ TYPE TERM<br>PREMIUM $<br>INSURER |
| BUYER'S SIGNATURE | BUYER'S SIGNATURE |
| CO-BUYER'S SIGNATURE | CO-BUYER'S SIGNATURE |

| | | |
|---|---|---|
| For | * 0 | |
| c. Paid to:<br>For | * N/A | |
| d. Paid to PORTFOLIO<br>SERVICE CONTRACT<br>For | 1550.00 | |
| e. Paid to:<br>N/A<br>For | * N/A | |
| f. Paid to Insurance Companies for Insurance for:<br>(i) Optional Mechanical Breakdown<br>(ii) Optional Credit Life<br>(iii) Optional Credit Accident & Health | N/A<br>N/A<br>N/A | |
| g. Subtotal (4a + 4b + 4c + 4d + 4e + 4f) | | $ 1575.00 |
| 5. Amount Financed (3 + 3a + 4g) | | $ 20213.00 |

*Seller may receive and retain a portion of certain of these amounts.

**Primary Use of Vehicle** - You agree to use the Vehicle primarily for personal, family or household purposes. However, if the following box is checked, You will use the Vehicle primarily for business or commercial purposes. ☐

**SEE BACK OF THIS CONTRACT FOR ADDITIONAL TERMS AND CONDITIONS, INCLUDING IMPORTANT ARBITRATION DISCLOSURES AND PRIVACY POLICY.**

**It is understood that insurance coverage which would protect the purchaser under the Rhode Island motor vehicle safety responsibility act is not included in the purchase of the herein described motor vehicle. The purchaser has received a copy of this statement.**

| SIGNATURE OF BUYER | SIGNATURE OF CO-BUYER | SIGNATURE OF CO-BUYER |
|---|---|---|
| | Edward C. Pendergrass | |

| CREDITOR (SELLER) | BY | TITLE |
|---|---|---|
| LINCOLN DODGE INC. | [signature] | |

**NOTICE: IF THE PROPERTY IS PURCHASED PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD USE, THIS CONTRACT IS A NONNEGOTIABLE CONSUMER NOTE.**

**NOTICE TO THE BUYER: 1. Do not sign this contract before You read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the contract You sign. Keep it to protect Your legal rights.**

**BUYER ACKNOWLEDGES RECEIPT OF A COMPLETELY FILLED-IN COPY OF THIS CONTRACT.**

| SIGNATURE OF BUYER | SIGNATURE OF CO-BUYER | SIGNATURE OF CO-BUYER |
|---|---|---|
| | Edward C. Pendergrass | |

**THIS CONTRACT IS ACCEPTED BY THE CREDITOR (SELLER) AND ASSIGNED TO** DAIMLERCHRYSLERLLC

EXHIBIT 11