# RETAIL INSTALLMENT CONTRACT
## RHODE ISLAND - SIMPLE INTEREST

08/19/2004

| BUYER (AND CO-BUYER) NAME AND ADDRESS | | CREDITOR (SELLER) NAME AND ADDRESS |
|---|---|---|
| DOUGLAS E PENDERGRASS<br>97 CLAY ST<br>CENTRAL FALLS RI 02863 | EDWARD C PENDERGRASS<br>28A MAIN ST<br>CUMBERLAND RI 02864 | LINCOLN DODGE INC.<br>RT 116 618 GEO WASHINGTON HWY<br>LINCOLN,RI 02865 |

Creditor ("us" and "we") agrees to sell; and buyer and co-buyer, if any, (collectively "Buyer", "You" and "Your") after being quoted both a cash and credit price, agrees to buy from Creditor on a credit price basis ("Total Sale Price"), subject to the terms and conditions set forth on both the front and back of this contract, the vehicle ("Vehicle") described below. You acknowledge delivery and acceptance of the Vehicle.

| DESCRIPTION OF VEHICLE— | YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | Description of Trade-in | YEAR & MAKE | MODEL |
|---|---|---|---|---|---|---|---|
| ☐ NEW ☒ USED | 2002 | DODGE | DURANGO | 1B4HS48N02F146514 | | 2001 CHEV | LUMI |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit, including your downpayment of $ 5500.00 |
| 8.84 % | $ 4868.29 | $ 20263.00 | $ 25081.20 | $ 30581.20 |

**Payment Schedule:** Your payment schedule will be:

| NO. OF PAYMENTS | AMOUNT OF EACH PAYMENT | WHEN PAYMENTS ARE DUE | NO. OF PAYMENTS | AMOUNT OF EACH PAYMENT | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 60 | 418.02 | ☒ Monthly, starting 09/18/2004 | | N/A | |
| | N/A | | | N/A | |
| | N/A | | | N/A | |
| | N/A | | | N/A | |

**Prepayment:** If you pay off early, you will not have to pay a penalty.

**Late Charge:** If a payment or part thereof is more than 10 days late you will be charged 5.00 or ... of the unpaid amount, whichever is less.

**Security Interest:** You are giving us a security interest in the vehicle being purchased.

**Filing Fees** $ 25.00

**Contract Provisions:** See the back of this contract for any additional information about security interests, nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

*E means Estimate

**1. Cash Price**

| | | |
|---|---|---|
| a. Vehicle (including accessories, delivery, installation charges, if any) | 24118.00 | |
| b. Sales Tax | N/A | |
| c. Documentary Fee | 20.00 | |
| d. Service Contract (optional) | N/A | |
| e. Cash Price (1a + 1b + 1c + 1d) | | $ 24138.00 |

**2. Downpayment**

| | | |
|---|---|---|
| a. Downpayment | N/A | |
| b. Manufacturer's Rebate | N/A | |
| c. Gross Allowance on Trade-in $ 5500.00 | | |
| d. Pay-off on Trade-in $ N/A | | |
| e. Net Allowance on Trade-in (2c – 2d) | 5500.00 | |
| f. Downpayment (2a + 2b + 2e) If less than $0, disclose on Line 3a and enter $0 for the Downpayment. | | $ 5500.00 |

| | | |
|---|---|---|
| **3. Unpaid Balance of Cash Price** (1e – 2f) | | $ 18638.00 |
| a. Unpaid Trade-in Lien Amount to be Financed ** N/A<br>** Paid to: | | $ N/A |

**4. Other Charges Including Amounts Paid to Others on Your Behalf***

| | |
|---|---|
| a. Paid to Public Officials for: | |
| (i) Other Taxes | N/A |
| (ii) Filing Fees | 25.00 |
| (iii) License Fees | N/A |
| (iv) Certificate of Title Fees | N/A |
| (v) Registration Fees | N/A |