## ADDITIONAL TERMS AND CONDITIONS

1. You agree to make all payments when they are due. Accepting a late payment or late charge does not change Your payment due date. You may prepay Your debt without penalty. This is a simple interest contract. **Your final payment may be larger or smaller, depending on whether You make payments late or early.** Your payment will be applied first to the earned and unpaid part of the Finance Charge, then to the unpaid Amount Financed and then to any other amounts due. The Finance Charge is earned by applying the Annual Percentage Rate divided by 365 to the unpaid Amount Financed for the number of days outstanding.

2. **ADDITIONAL CHARGES:** You agree to pay a late charge if any payment or part thereof is received by us more than ten days after the scheduled due date. The late charge is shown on the front of this contract.

3. **SECURITY AGREEMENT:** You give us a security interest in the Vehicle and all parts or other goods put on the Vehicle; all money or goods received for the Vehicle; and all insurance policies and service contracts financed by You in this contract, and any rebate or refunds which relate to those policies or contracts. This secures payment of all amounts You owe in this contract.

4. **USE OF VEHICLE:** You agree to maintain the Vehicle in good condition and obey all laws; Keep the Vehicle free from the claims of others; and obtain our written consent prior to transferring Your equity in the Vehicle, subleasing or renting the Vehicle, or taking the Vehicle outside the United States for more than thirty (30) days.

5. **WARRANTIES: If the Vehicle is for personal use and we, or the Vehicle's manufacturer, extend a written warranty or service contract covering the Vehicle within 90 days from the date of the contract, You get implied warranties of merchantability and fitness for a particular purpose covering the Vehicle. Otherwise, You agree that there are no such implied warranties.**

6. **INSURANCE:** You must insure Yourself and us against loss or damage to the Vehicle and provide us proof of that insurance. We must approve the type and amount of insurance. Whether or not the Vehicle is insured, You must pay for it if it is lost, damaged or destroyed. You agree that we may endorse Your name upon any check or draft representing payment made by an insurance company for a loss related to the Vehicle.

7. **DEFAULT:** You will be in default if You do not make a payment when it is due; You do not keep any promise in this contract; You file a bankruptcy petition or one is filed against You; Your Vehicle is seized by any local, state or federal authority; You provided information on the credit application which was not true and accurate; or You breach any promise, representation or warranty You have made in this contract.

If we repossess Your Vehicle, we may:

Require You to pay the unpaid Amount Financed, the earned and unpaid part of the Finance Charge and all other amounts due; sue You to collect the amount You owe; **without the use of force or other breach of the peace, enter the premises where the Vehicle may be, and lawfully repossess (take back) the Vehicle, including equipment and accessories;** take goods found in the Vehicle and hold them for You for thirty (30) days, and if You do not claim the goods during that period, we can dispose of them and have no liability to You; and cancel any Credit Life, Credit Disability, Guaranteed Automotive Protection Coverage, Extended Warranty or other optional Insurance financed by You under this contract, and apply the refunded premium to Your outstanding balance.

If we repossess the Vehicle, we will send You a notice. It will state that You may redeem the Vehicle and the amount needed to redeem. You may redeem the Vehicle until we sell it. The money from the sale, less allowed expenses, will be applied to the amount You owe. If there is any money left, we will pay it to You. If the money from the sale is not enough, You will pay what is still owed to us plus interest. Allowed expenses are those which we are entitled to by law in any lawful activity to obtain possession of, recondition, and dispose of the Vehicle after default. If You default, and we hire an attorney who is not one of our salaried employees to collect what You owe, You agree to pay reasonable attorney's fees and court costs.

8. **ASSIGNMENT:** You understand that this contract will be assigned to Assignee. Assignee will acquire all of our interest in this contract and in the Vehicle including the right to receive all payments.

9. **GENERAL:** Notice to You is sufficient if mailed to Your last address known by us. If the law does not allow a part of this contract, that part will be void. The remaining parts will be enforceable. If there is more than one Buyer, their obligation shall be joint and several. Any delay or omission by us in enforcing our rights shall not act as a waiver.

10. **DEFERRED PAYMENTS:** Any change in this contract must be in writing and signed by all the parties, however, if permitted by law, extensions, deferrals and due date changes may be agreed to orally by You and us, and we will send You a written confirmation of our agreement. Interest will continue to accrue until the next payment is received. Any deferral would not extend any purchased insurance coverage You have.

11. **POWER OF ATTORNEY:** You appoint us, through our appointed officer or employee, as Your attorney-in-fact. Your grant of this power of attorney is coupled with an interest, and is irrevocable until all obligations You owe under this contract are paid in full. As Your attorney-in-fact, we can: sign on Your behalf all Certificates of Ownership, Registration Cards, applications, affidavits or any other documents required to register and properly perfect our security interest in the Vehicle; transfer Your entire interest in the Vehicle to any other person as part of a repossession and sale; act on Your behalf in any insurance matter relating to the Vehicle, including, but not limited to, the power to endorse insurance proceeds checks or drafts on Your behalf; and cancel any Credit Life, Credit Disability, Guaranteed Automotive Protection Coverage, Extended Warranty or other optional insurance financed by You under this contract, and apply the refunded premium to Your outstanding balance if You are in default.

12. **GOVERNING LAW:** This contract shall be governed by the laws of the State of Rhode Island except, if the Vehicle is repossessed, then the law of the state where the Vehicle is repossessed will govern the repossession. Repossession effected through legal process will be governed by the laws of the state in which such process is brought.

**NOTICE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

**The preceding NOTICE applies if the Vehicle is a used vehicle as shown on the front of this contract and if this contract is a contract of sale under the FTC Used Motor Vehicle Trade Regulation Rule.**

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**The preceding NOTICE applies to goods or services obtained primarily for personal, family or household use.**

## IMPORTANT ARBITRATION DISCLOSURES

**The following Arbitration provisions significantly affect Your rights in any dispute with us. Please read this carefully before You sign the contract.**

For purposes of the Arbitration provisions, the term "us" refers to the Buyer and Co-buyer, and Creditor and Creditor's successors and assignees.

1. If either of us chooses, any dispute between us will be decided by arbitration and not in court

Forum, or its successor, which may be obtained by mail from The Forum, P.O. Box 50191, Minneapolis, Minnesota 55405-0191, or on the Internet at http://www.arbitration-forum.com.