EXHIBIT B

BUYER'S COPY

MANHEIM AUTO AUCTION
1190 LANCASTER ROAD
MANHEIM, PA 175459789
(717) 665-3571 FAX(717) 665-9265

IMAGE# 900160231

KEY
2004-012-010036
DONZ

SALE DATE
11:16:03
2/26/2004

VIN: 1B4HS48N02F146514

TITLE REC'D X

INVOICE NO. 4111174

| YEAR | MAKE | MODEL/SUB SERIES | BODY | COLOR |
|---|---|---|---|---|
| 2002 | DODGE TK | DURANGO 4X4 SLT 4X4 | 4MPV | BLUE |

TITLE NO. / STATE

| ENG | INT | INT | R | TRN | PS | PB | AC | EW | ES | TOP | CC | EL | 4X | TL | SRS | SI | RD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BG | | | X | A | X | X | X | | | | | | X | | | | |

ANN COND: DoDGE

NOTES: Post Sale

9347

MISC

| LIGHTS | LIGHTS | GREEN LIGHTS | LIGHTS | NO SALE | R.B. | NO SELLER | SOS | | IF | CLERK TMC | SOLD BY CHB |
|---|---|---|---|---|---|---|---|---|---|---|---|

I, OR WE BY USE OF OUR PLATE OR AUTHORIZED SIGNATURE, HEREBY AGREE TO PAY THE INDICATED SALE PRICE FOR THE VEHICLE DESCRIBED IN THIS VOUCHER, UNDER THE TERMS AND RULES OF THE ABOVE NAMED AUCTION AND SUBJECT TO AGREEMENT ON REVERSE SIDE.

PURCHASER

5002877 1 1457
LINCOLN DODGE INC
618 WASHINGTON HWY

LINCOLN, RI 02865
(401) 769-2000

SIMON AHMADIAN

X
PRINTED PURCHASER'S NAME (BUYER)

X
PURCHASER'S SIGNATURE (BUYER)

PURCHASER MUST RETURN SIGNED COPY OF ODOMETER DISCLOSURE STATEMENT (FRONT & BACK OF TITLE IF MADE ON TITLE) TO TRANSFEROR (SELLER) OR BE SUBJECT TO CIVIL & CRIMINAL PENALTIES, INCLUDING FINES AND JAIL. Truth in Mileage Act of 1986; 48 C.F.R. 580.5(f).

**AUCTION ASSUMES NO RESPONSIBILITY NOR GUARANTEES THE ACCURACY OF THE ODOMETER READING**

**DOCUMENT NOT VALID FOR EXPORT**

MANHEIM EST. 1945

SELLER

5132078
Y & O AUTO SALE INC
2345 HWY 9
TOMS RIVER, NJ 08755
01822U

**ODOMETER DISCLOSURE STATEMENT Section 580.5 Disclosure form**
FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

☐ (1) I hereby certify to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is **NOT** the actual mileage **-WARNING - ODOMETER DISCREPANCY**

I, Y & O AUTO SALE INC

23576 STATE THAT THE ODOMETER NOW READS MILES (NO TENTHS) AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED HEREIN, UNLESS NOTED DIFFERENTLY ABOVE.

For value received I hereby sell, assign or transfer the vehicle described on this document to the purchaser named at left.

X

| LICENSE NO. | TAB |
|---|---|
| | |

BUYER PLEASE CHECK ONE

☐ CLEAN (1) ☐ ROUGH (2) ☐ AVERAGE (3)

**NOTICE:**

- Do not re-purchase or finance without certificate of title.
- Auction retains security interest in vehicle until good funds received.

Lights Legend:
W/DRIVE .

| | |
|---|---|
| SELLING PRICE | $ 17,100.00 |
| | $ |
| BUYER'S FEE | $ 300.00 |
| | $ |