UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD PENDERGRASS<br>*Plaintiff*<br><br>vs.<br><br>LINCOLN DODGE, INCORPORATED, and ROBERT J. CAMPELLONE, Alias, Individually And in his capacity as President, JOHN DOE, alias, JOSEPH DOE, alias, FIRST EXTENDED SERVICE CORPORATION and DAIMLER CHRYSLER FIANACIAL SERVICES AMERICAS, LLC.<br>*Defendants* | : | C.A. No.: 07-338S |

**DEFENDANT, FIRST EXTENDED SERVICE CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT**

Defendant, First Extended Service Corporation ("First Extended") hereby responds to the allegations contained in the Plaintiff's Complaint as follows:

## I - INTRODUCTION

1. First Extended denies the allegations contained in Section I, Paragraph 1.

## II - JURISDICTION

2. First Extended maintains that the allegations contained in Section II, Paragraph 2 amount to a statement of law. As such First Extended leaves Plaintiff to its burden to proof the satisfaction of the jurisdictional requisites of this court.

## III - PARTIES

3. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, Paragraph 3 of Plaintiff's Complaint.

4. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, Paragraph 4 insofar as the allegations relate to another named Defendant.

5. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, Paragraph 5 insofar as the allegations relate to another named Defendant.

6. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, Paragraph 6 insofar as the allegations relate to another named Defendant.

7. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, Paragraph 7 insofar as the allegations relate to another named Defendant.

8. First Extended objects to its characterization and identification as "Warrantor" and denies the allegation that it offered a warranty regarding the motor vehicle at issue. With respect to its corporate status, First Extended Service Corporation is a Texas corporation and is a party to an agreement with Lincoln Dodge, Incorporated. The remainder of the allegations are denied.

9. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section III, Paragraph 9 insofar as the allegations relate to another named Defendant.

## IV – STATEMENT OF FACTS

10. First Extended denies the allegations contained in Section IV, Paragraph 10 of Plaintiff's Complaint.

11. First Extended neither admits nor denies the allegations contained in Section IV, Paragraph 11 insofar as the allegations relate to another named Defendant.

12. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 12 insofar as the allegations relate to another named Defendant.

13. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 13 insofar as the allegations relate to another named Defendant.

14. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 14 insofar as the allegations relate to another named Defendant.

15. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 15 insofar as the allegations relate to another named Defendant.

16. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 16 insofar as the allegations relate to another named Defendant.

17. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 17 insofar as the allegations relate to another named Defendant.

18. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 18 insofar as the allegations relate to another named Defendant.

19. First Extended denies the allegations contained in Section IV, Paragraph 19 of Plaintiff's Complaint.

20. First Extended denies the allegations contained in Section IV, Paragraph 20 of Plaintiff's Complaint.

21. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 21 insofar as the allegations relate to another named Defendant.

22. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 22 insofar as the allegations relate to another named Defendant.

23. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 23 insofar as the allegations relate to another named Defendant.

24. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 24 insofar as the allegations relate to another named Defendant.

25. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 25.

26. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 26.

27. First Extended is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Section IV, Paragraph 27 insofar as the allegations relate to another named Defendant.

## V – COUNT I

10. First Extended repeats and incorporates by reference each response to Paragraphs 1 through 27 as if fully set forth herein.

11. Insofar as the allegations contained in Paragraph 11 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

12. Insofar as the allegations contained in Paragraph 12 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

13. Insofar as the allegations contained in Paragraph 13 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

14. Insofar as the allegations contained in Paragraph 14 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

WHEREFORE, Defendant FIRST EXTENDED demands judgment dismissing the Complaint, and for their costs, attorney's fees, and for any other or further relief which the Court deems equitable and just.

## VI – COUNT II

15. First Extended repeats and incorporates by reference each of its responses to all sections and paragraphs as fully set forth herein.

16. Insofar as the allegations contained in Paragraph 16 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extend, the count described herein is denied.

17. Insofar as the allegations contained in Paragraph 17 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

18. Insofar as the allegations contained in Paragraph 18 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

19. Insofar as the allegations contained in Paragraph 19 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

WHEREFORE, Defendant, First Extended Service Corporation demands judgment dismissing the Complaint, and for their costs, attorney's fees, and for any other or further relief which the Court deems equitable and just.

## VII – COUNT III

20. First Extended repeats and incorporates by reference its responses to all sections and paragraphs as fully set forth herein.

21. Insofar as the allegations contained in Paragraph 21 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

22. Insofar as the allegations contained in Paragraph 22 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extend, the count described herein is denied.

23. Insofar as the allegations contained in Paragraph 23 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

24. Insofar as the allegations contained in Paragraph 24 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

WHEREFORE, Defendant, First Extended Service Corporation demands judgment dismissing the Complaint, and for their costs, attorney's fees, and for any other or further relief which the Court deems equitable and just.

**VIII – COUNT IV**

25. First Extended repeats and incorporates by reference its responses to all sections and paragraphs as fully set forth herein.

26. Insofar as the allegations contained in Paragraph 26 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

27. Insofar as the allegations contained in Paragraph 27 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

28. Insofar as the allegations contained in Paragraph 28 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

WHEREFORE, Defendant, First Extended Service Corporation demands judgment dismissing the Complaint, and for their costs, attorney's fees, and for any other or further relief which the Court deems equitable and just.

**VIII – COUNT V**

29. First Extended repeats and incorporates by reference its responses to all sections and paragraphs as fully set forth herein.

30. Insofar as the allegations contained in Paragraph 30 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

*(Plaintiff Complaint skips paragraphs numbered 31 and 32 within the "Count" section)*

33. Insofar as the allegations contained in Paragraph 33 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

34. Insofar as the allegations contained in Paragraph 34 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

35. Insofar as the allegations contained in Paragraph 35 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

36. Insofar as the allegations contained in Paragraph 36 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

37. Insofar as the allegations contained in Paragraph 37 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

WHEREFORE, Defendant, First Extended Service Corporation demands judgment dismissing the Complaint, and for their costs, attorney's fees, and for any other or further relief which the Court deems equitable and just.

## IX – COUNT V

38. First Extended repeats and incorporates by reference its responses to all sections and paragraphs as fully set forth herein.

39. Insofar as the allegations contained in Paragraph 39 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

40. Insofar as the allegations contained in Paragraph 40 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

41. Insofar as the allegations contained in Paragraph 41 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

WHEREFORE, Defendant, First Extended Service Corporation demands judgment dismissing the Complaint, and for their costs, attorney's fees, and for any other or further relief which the Court deems equitable and just.

## X – COUNT VII

42. First Extended repeats and incorporates by reference its responses to all sections and paragraphs as fully set forth herein.

43. Insofar as the allegations contained in Paragraph 43 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

44. Insofar as the allegations contained in Paragraph 44 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

45. Insofar as the allegations contained in Paragraph 45 concern a count levied against another named Defendant, First Extended is not required to provide a factual reply. To the extent that these allegations indirectly relate to First Extended, the count described herein is denied.

WHEREFORE, Defendant, First Extended Service Corporation demands judgment dismissing the Complaint, and for their costs, attorney's fees, and for any other or further relief which the Court deems equitable and just.

## XI – COUNT VII

46. First Extended repeats and incorporates by reference its responses to all sections and paragraphs as fully set forth herein.

47. First Extended denies the allegations contained in Section XI, Count VII, Paragraph 47.

48. First Extended denies the allegations contained in Section XI, Count VII, Paragraph 48.

49. First Extended denies the allegations contained in Section XI, Count VII, Paragraph 49.

50. First Extended denies the allegations contained in Section XI, Count VII, Paragraph 50.

51. First Extended denies the allegations contained in Section XI, Count VII, Paragraph 51

WHEREFORE, Defendant, First Extended Service Corporation demands judgment dismissing the Complaint, and for their costs, attorney's fees, and for any other or further relief which the Court deems equitable and just.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief may be granted based upon Plaintiff's breach of the extended service agreement evidenced.

2. The injuries allegedly suffered by Plaintiff, if any, were caused in whole or in part by her own negligence and carelessness, either individually or collectively, and/or the negligence and carelessness of another person for whose conduct Defendant is not liable; therefore, Plaintiff should not recover from Defendant, or the recovery should be reduced by the proportionate share of comparative negligence.

3. Plaintiff's Complaint fails to name or join indispensable, necessary, and proper parties, as set forth in F.R.C.P. 19.

4. Plaintiff's Complaint against the Defendant is barred by the doctrine of accord and satisfaction.

5. The cause of action set forth in Plaintiff's Complaint is barred or limited by the terms of Magnuson-Moss Federal Trade Commission Warranty Improvement Act, the relevant portions of which are incorporated by reference herein, and made a part hereof, as fully as though set forth at length.

**JURY DEMAND**

Defendant, First Extended Service Corporation, demands a trial by jury to the fullest extent allowed by law.

Defendant,
By its Attorney,

/s/ Steven T. Hayes

Steven T. Hayes (#6017)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

**CERTIFICATION OF SERVICE**

I hereby certify that on the 31st day of December, 2007 I caused the original of the within Answer to be e-filed to the Clerk of the United States District Court for the District of Rhode Island and a true copy sent to: **Edward G. Lawson, Jr., Esq.**, 260 Lonsdale Avenue, Pawtucket, RI 02860 via first-class pre-paid postage.

/s/ Steven T. Hayes

Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.