**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EDWARD PENDERGRASS

V. C.A. No.: 07-338S

LINCOLN DODGE, INCORPORATED, and ROBERT J. CAMPELLONE, alias, Individually And in his capacity as President, JOHN DOE, alias, JOSEPH DOES, alias, FIRST EXTENDED SERVICE CORPORATION and DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS, LLC.

RECEIVED
JAN - 7 2008
Property of U.S. District Court
District of Rhode Island

**ANSWER OF DEFENDANT,**
**DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS, LLC**

## I - INTRODUCTION

1. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

## II - JURISDICTION

2. Admitted.

## III - PARTIES

3. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

4. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

5. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

6. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

7. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

8. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

9. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 9 of the Plaintiff's Complaint.

## IV – STATEMENT OF FACTS

10. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

11. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

12. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

13. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

14. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

15. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

16. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

17. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

18. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

19. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

20. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

21. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

22. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

23. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 23 of the Plaintiff's Complaint.

24. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

25. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

26. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

27. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

## V – COUNT I

28. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

29. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

30. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

31. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

32. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 32 of the Plaintiff's Complaint .

WHEREFORE, Defendant, Daimler Chrysler Financial Services Americas, LLC, prays that this case be denied and dismissed and that it be awarded costs.

## VI – COUNT II

33. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 33 of the Plaintiff's Complaint.

34. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

35. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

36. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

37. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 37 of the Plaintiff's Complaint.

WHEREFORE, Defendant, Daimler Chrysler Financial Services Americas, LLC, prays that this case be denied and dismissed and that it be awarded costs.

## VII – COUNT III

38. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 38 of the Plaintiff's Complaint.

39. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

40. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

41. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

42. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 42 of the Plaintiff's Complaint.

WHEREFORE, Defendant, Daimler Chrysler Financial Services Americas, LLC, prays that this case be denied and dismissed and that it be awarded costs.

**VIII – COUNT IV**

43. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 43 of the Plaintiff's Complaint.

44. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

45. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

46. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

WHEREFORE, Defendant, Daimler Chrysler Financial Services Americas, LLC, prays that this case be denied and dismissed and that it be awarded costs.

**VIII – COUNT V**

47. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 47 of the Plaintiff's Complaint.

48. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore leaves Plaintiff to his proof.

49. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

50. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

51. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

52. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

53. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 53 of the Plaintiff's Complaint.

WHEREFORE, Defendant, Daimler Chrysler Financial Services Americas, LLC, prays that this case be denied and dismissed and that it be awarded costs.

**IX – COUNT V**

54. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 54 of the Plaintiff's Complaint.

55. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

56. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

57. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

WHEREFORE, Defendant, Daimler Chrysler Financial Services Americas, LLC, prays that this case be denied and dismissed and that it be awarded costs.

## X – COUNT VII

58. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 58 of the Plaintiff's Complaint.

59. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 59 of the Plaintiff's Complaint.

60. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 60 of the Plaintiff's Complaint.

61. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 61 of the Plaintiff's Complaint.

WHEREFORE, Defendant, Daimler Chrysler Financial Services Americas, LLC, prays that this case be denied and dismissed and that it be awarded costs.

## XI – COUNT VII

62. The Defendant, Daimler Chrysler Financial Services Americas, LLC, denies the allegations contained in paragraph 62 of the Plaintiff's Complaint.

63. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

64. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

65. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

66. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

67. The Defendant, Daimler Chrysler Financial Services Americas, LLC, is without sufficient information to admit or deny this allegation, and therefore, leaves Plaintiff to his proof.

WHEREFORE, Defendant, Daimler Chrysler Financial Services Americas, LLC, prays that this case be denied and dismissed and that it be awarded costs.

Defendant,
Daimler Chrysler Financial Services Americas, LLC,
By its attorneys,

TAFT & McSALLY LLP

Sarah Taft-Carter, Esq. - #2702

Robert D. Murray, Esq. - #3671
21 Garden City Drive
Cranston, RI 02920-5703
Tel.: (401) 946-3800
Fax: (401) 943-8859

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant, Daimler Chrysler Financial Services Americas, LLC, affirmatively pleads the defense that Plaintiff has failed to state a claim upon which relief can be granted and has failed to allege facts sufficient to show that the Plaintiff is entitled to relief against the Defendant in law or in fact.

### SECOND AFFIRMATIVE DEFENSE

Defendant, Daimler Chrysler Financial Services Americas, LLC, affirmatively pleads exemption under the Deceptive Trade Practices Act.

### THIRD AFFIRMATIVE DEFENSE

Defendant, Daimler Chrysler Financial Services Americas, LLC, affirmatively pleads the defense of misrepresentation in the state.

### FOURTH AFFIRMATIVE DEFENSE

Defendant, Daimler Chrysler Financial Services Americas, LLC, affirmatively pleads fraud.

Defendant,
Daimler Chrysler Financial Services Americas, LLC,
By its attorneys,

TAFT & McSALLY LLP

Sarah Taft-Carter, Esq. - #2702

Robert D. Murray, Esq. - #3671
21 Garden City Drive
Cranston, RI 02920-5703
Tel.: (401) 946-3800
Fax: (401) 943-8859

**CROSSCLAIM AGAINST DEFENDANTS, LINCOLN DODGE, INCORPORATED, ROBERT J. CAMPELLONE, ALIAS, JOHN DOE, ALIAS, JOSEPH DOE, ALIAS, FIRST EXTENDED SERVICE CORPORATION**

1. Plaintiff has filed a Complaint against the Defendant.

2. In said Complaint, the Plaintiff alleges that the Defendant, Daimler Chrysler Financial Services Americas, LLC, is liable to him.

3. The Defendant, Daimler Chrysler Financial Services Americas, LLC, has denied these allegations.

4. In the event that the Defendant, Daimler Chrysler Financial Services Americas, LLC, is held liable, which liability is specifically denied, then he is entitled to be indemnified, reimbursed, and made whole by said co-Defendants as a matter of law.

WHEREFORE, Defendant, Daimler Chrysler Financial Services Americas, LLC, prays for judgment against the Defendants, Lincoln Dodge, Incorporated, Robert J. Campellone, Alias, John Doe, Alias, Joseph Doe, Alias, First Extended Service Corporation, for indemnification, and/or contribution from any verdict that may be awarded to the Plaintiff against this Defendant and any other relief that this Court deem appropriate and the circumstances of the case require.

**DEFENDANT, DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS, LLC'S COUNTERCLAIM AGAINST THE PLAINTIFF**

1. Defendant/Counterclaimant, Daimler Chrysler Financial Services Americas, LLC, is a corporation incorporated under the laws of Michigan and is authorized to do business in the State of Rhode Island.

2. On or about August 19, 2004, the Plaintiff purchased a motor vehicle from Lincoln Dodge, Inc. pursuant to a Retail Installment Contract.

3. Defendant/Counterclaimant, Daimler Chrysler Financial Services Americas, LLC, had a valid perfected security interest in the vehicle.

4. The motor vehicle is described as a 2002 Dodge Durango, VIN 1B4HS48N02F146514.

5. The Plaintiff defaulted under the terms of the Contract, and the vehicle was repossessed and sold at a commercially reasonable sale.

6. There is a deficiency balance due to the Plaintiff.

7. The Plaintiff has beached and defaulted under the terms of the Contract.

8. The Retail Installment Contract provides a payment of reasonable attorney's fees.

WHEREFORE, the Defendant/Counterclaimant, Daimler Chrysler Financial Services Americas, LLC, prays for an Order of this Court awarding it damages, plus interests, costs, attorney's fees, and any other relief it deems appropriate.

Defendant,
Daimler Chrysler Financial Services Americas, LLC,
By its attorneys,

TAFT & McSALLY LLP

Sarah Taft-Carter, Esq. - #2702

Robert D. Murray, Esq. - #3671
21 Garden City Drive
Cranston, RI 02920-5703
Tel.: (401) 946-3800
Fax: (401) 943-8859

DATED: 1-4-08

**CERTIFICATION**

I hereby certify that I mailed a copy of the foregoing to **Edward G. Lawson, Jr., Esq.**, 260 Lonsdale Avenue, Pawtucket, RI 02860 on this 4th day of **January 2008**.