**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EDWARD PENDERGRASS :

V. : C.A. No.: 07-338S

LINCOLN DODGE, INCORPORATED, and :
ROBERT J. CAMPELLONE, alias, Individually :
And in his capacity as President, JOHN DOE, alias, :
JOSEPH DOES, alias, FIRST EXTENDED :
SERVICE CORPORATION and DAIMLER :
CHRYSLER FINANCIAL SERVICES :
AMERICAS, LLC. :

RECEIVED
JAN - 7 2008
Property of U.S. District Court
District of Rhode Island

**EXTENSION OF TIME STIPULATION**

The Defendant, Daimler Chrysler Financial Services Americas, LLC, may have up to and including January 12, 2008 to answer Plaintiff's Complaint.

Plaintiff
By his attorney,

Edward G. Lawson, Jr., Esq. - #0517
260 Lonsdale Avenue
Pawtucket, RI 02860
Tel.: (401) 725-1810
Fax: (401) 725-2244

DATED:________________

Defendant,
By its attorney,

TAFT & McSALLY LLP

Sarah Taft-Carter, Esq. - #2702
William Elderkin, Jr., Esq. - #6837
21 Garden City Drive
Cranston, RI 02920
Tel.: (401) 946-3800
Fax: (401) 943-8859

DATED: 1-4-08

~~Referred to U.S.M.J.~~
~~☐ for findings & recommendations~~
~~☐ for determination~~
~~☐~~
~~William E. Smith, District Judge~~
~~Date:~~

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 1/10/08