**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| EDWARD PENDERGRASS<br>*Plaintiff*<br><br>vs.<br><br><br>LINCOLN DODGE, INCORPORATED, and ROBERT J. CAMPELLONE, Alias, Individually And in his capacity as President, JOHN DOE, alias, JOSEPH DOE, alias, FIRST EXTENDED SERVICE CORPORATION and DAIMLER CHRYSLER FIANACIAL SERVICES AMERICAS, LLC.<br>*Defendants* | : | C.A. No.: 07-338S |

**DEFENDANTS, LINCOLN DODGE, INCORPORATED, ROBERT J. CAMPELLONE, ALIAS, JOHN DOE, ALIAS JOSEPH DOE, ALIAS, FIRST EXTENDED SERVICE CORPORATION'S ANSWER TO DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS, LLC CROSSCLAIM**

Defendants, Lincoln Dodge, Incorporated, Robert J. Campellone, alias, John Doe, alias Joseph Doe, Alias, First Extended Service Corporation's ("Defendants") hereby respond to the allegations contained in the Co-Defendant, Daimler Chrysler Financial Services Americas, LLC, Crossclaim as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied.

WHEREFORE, Defendants demand judgment dismissing the Crosslcaim and for their costs, attorney's fees, and for any other or further relief which the Court deems equitable and just.

Defendant,
By its Attorney,

/s/Steven T. Hayes

Steven T. Hayes (#6017)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

**CERTIFICATION OF SERVICE**

I hereby certify that on the __17th_ day of January, 2008, I caused the original of Defendants' Answer to Daimler Chrysler Crossclaim be e-filed to the Clerk of the United States District Court for the District of Rhode Island and a true copy mailed to: **Edward G. Lawson, Jr., Esq.**, 260 Lonsdale Avenue, Pawtucket, RI 02860 and **Sarah Taft-Carter, Esq., Robert D. Murray, Esq**., Taft & McSally, LLP, 21 Garden City Drive, Cranston, Rhode Island 02920.

/s/ Steven T. Hayes

______________________________

Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.