**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EDWARD PENDERGRASS

V. C.A. NO.: 07-338S

LINCOLN DOGE, INCORPORATED, and
ROBERT J. CAMPELLONE, alias, Individually
And in his capacity as President, JOHN DOE, alias,
JOSEPH DOES, alias, FIRST EXTENDED
SERVICE CORPORATION and DAIMLER CHRYSLER
FINANCIAL SERVICES AMERICAS, LLC.

**ANSWERS TO THE COUNTERCLAIM OF DAIMLER CHRYSLER FINANCE SERVICES AMERICAS, LLC**

1. Admit
2. Admit
3. Admit
4. Admit
5. Deny
6. Deny
7. Deny
8. Deny

Wherefore plaintiff demands that defendant Daimler Chrysler et al's counterclaim be denied and dismissed and that this court grant such other relief as it deems fit.

For the Plaintiff
By his attorney,

Edward G. Lawson, Jr. #0517
260 Lonsdale Avenue
Pawtucket, RI 02860
401-725-1810
401-725-2244 fax

CERTIFICATION

I certify that on January 11, 2008 I mailed a copy of Answers to Counterclaim to Sarah Taft-Carter,Esq., Taft & McSally, LLP 21 Garden City Drive Cranston, RI 02920, and to Steven T. Hayes,Esq., Zizik, Powers, O'Connell, Spaulding & Lamontagne, P.C., 40 Westminister Street, Providence, RI 02903.