**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

EDWARD PENDERGRASS :
*Plaintiff* :

vs. :

C.A. No.: 07-338S

LINCOLN DODGE, INCORPORATED, et al :
*Defendants and Third-Party Plaintiff* :

vs. :

Y&O AUTO SALES, INC. AND MANHEIM AUTO AUCTION :
*Third-Party Defendants* :

**ACKNOWLEDGMENT OF SERVICE AND WAIVER OF SUMMONS**

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Third-Party Defendant Manheim's Pennsylvania Auction Services, Inc. d/b/a Manheim Auto Auction ("Manheim") hereby specially appears and acknowledges service of the third-party complaint of Lincoln Dodge, Inc. ("Lincoln Dodge") in the above-styled matter.

Manheim acknowledges receipt of the complaint in the action and agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that it be served with judicial process in the manner provided by FRCP 4.

Manheim and Lincoln Dodge agree that Manheim will retain all defenses and objections to this lawsuit and to the jurisdiction and venue of the court. Manheim only waives objections based on defects in the summons or in the service of the summons.

Further the parties stipulate and agree that Manheim has until February 27, 2008 to file an answer or a motion under Rule 12.

So stipulated.

Lincoln Dodge
By its Attorney,

/s/Steven T. Hayes
Steven T. Hayes (#6017)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

/s/ Randall Derr
Randall Derr,
Assistant General Manager
For Manheim Auto Auction

**CERTIFICATION OF SERVICE**

I hereby certify that on the 22nd day of January, 2008, I caused the Acknowledgment of Service and Waiver of Summons be e-filed to the Clerk of the United States District Court for the District of Rhode Island and a true copy mailed to: **Edward G. Lawson, Jr., Esq.**, 260 Lonsdale Avenue, Pawtucket, RI 02860, **Sarah Taft-Carter, Esq., Robert D. Murray, Esq.**, Taft & McSally, LLP, 21 Garden City Drive, Cranston, Rhode Island 02920 and **Jason S. McCarter, Esq.,** DowLohnes, Six Concourse Parkway, Suite 1800, Atlanta, GA 30328.

/s/ Steven T. Hayes

Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.