**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EDWARD PENDERGRASS<br>*Plaintiff*<br><br>vs.<br><br>LINCOLN DODGE, INCORPORATED, and ROBERT J. CAMPELLONE, Alias, Individually And in his capacity as President, JOHN DOE, alias, JOSEPH DOE, alias, FIRST EXTENDED SERVICE CORPORATION and DAIMLER CHRYSLER FIANACIAL SERVICES AMERICAS, LLC.<br>*Defendants and Third-Party Plaintiffs*<br><br>*vs.*<br><br>Y&O Auto Sales, Inc. and<br>Manheim Auto Auction<br>*Third-Party Defendant* | C.A. No.: 07-338S |

## VOLUNTARY DISMISSAL STIPULATION

Pursuant to the Rule 41(c) of the Federal Rules of Civil Procedure, Third-Party Plaintiff, Lincoln Dodge, Incorporated hereby dismisses with prejudice its Third-Party Complaint filed against Third-Party Defendant, Manheim Auto Auction.

Defendant,
By its Attorney,

/s/ Steven T. Hayes
Steven T. Hayes (#6017)
Zizik, Powers, O'Connell, Spaulding
& Lamontagne, P.C.
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 421-7110

Dated: February 26, 2008